NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KASPERSKY LAB, INC.,**
*Plaintiff-Appellant*

**v.**

**DEVICE SECURITY, LLC,**
*Defendant-Appellee*

---

2016-1049

---

Appeal from the United States District Court for the Southern District of Florida in No. 1:13-cv-23787-KMM, Judge K. Michael Moore.

---

**JUDGMENT**

---

CASEY ALLEN KNISER, Patterson Thuente Pedersen, P.A., Minneapolis, MN, argued for plaintiff-appellant. Also represented by ERIC H. CHADWICK.

MATTHEW D. POWERS, Tensegrity Law Group, LLP, Redwood City, CA, argued for defendant-appellee. Also represented by PAUL EHRLICH, SAMANTHA A. JAMESON, AARON MATTHEW NATHAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| September 15, 2016 | /s/ Peter R. Marksteiner |
| :---: | :---: |
| Date | Peter R. Marksteiner |
| | Clerk of Court |